# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MADISON GARRAWAY

VERSUS

JAMEE RAYE ALLEN AND FORD
MOTOR COMPANY

NO.  2022 CW 0818

**AUGUST 2, 2022**

---

In Re:   Hilda Lou Byargeon, in her capacity as the Curatrix of
         Madison Garraway, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 631668.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT NOT CONSIDERED.**  Relator failed to include a copy of
the district court's judgment, order or ruling complained of and
the pertinent minute entry in violation of Rule 4-5(C)(6) and
(10) of the Uniform Rules of Louisiana Courts of Appeal.

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT